IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY ROMIG                              :
                                         :        CIVIL ACTION
        v.                               :
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of                          :
Social Security Administration           :
                                         :        No. 07-5324

## O R D E R

AND NOW, this 25th day of _____ upon consideration of plaintiff's request for review and motion for summary judgment and defendant's response and motion for summary judgment, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

## O R D E R E D

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's Request for Review and motion for summary judgment is GRANTED;

3. The defendant's motion for summary judgment is DENIED;

4. This case is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further proceedings consistent with the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter; and

5. Judgment is entered in favor of plaintiff and against defendant.

BY THE COURT:

Juan R. Sanchez                          J.